1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:12-CR-056-LRH (VPC) |
| EDWARD ANTHONY GALE, | ) | |
| Defendant. | ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 23, 2012, defendant EDWARD ANTHONY GALE pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Memorandum, ECF No. 22.

This Court finds defendant EDWARD ANTHONY GALE agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Memorandum, ECF No. 22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant EDWARD ANTHONY GALE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. Para-Ordnance pistol, model 18.9 LDA, 9mm caliber, Serial No. DS3282;
2. Para-Ordnance pistol, model 18.9 LDA, 9mm caliber, Serial No. TJ8138;
3. Colt pistol, model 1911, .45 caliber, Serial No. CJMBC0973;
4. Colt pistol, model 1911, .355 caliber, Serial No. 70G99023;
5. Para-Ordnance pistol, model P14, .45 caliber, Serial No. QH7065;
6. Springfield Armory pistol, model 1911A1, .45 caliber, Serial No. N397112;
7. Colt revolver, model Anaconda, .44 magnum caliber, Serial No. MM34375;
8. Smith and Wesson revolver, model 25, .45 caliber, Serial No. N60709;
9. Colt rifle, model Match Target HBAR, .223 caliber, Serial No. CMH013228;
10. Robinson Armament rifle, model M96, .223 caliber, Serial No. HP99001535;
11. Armalite rifle, model AR10, .308 caliber, Serial No. US565854;
12. Beretta USA shotgun, model AL390, 12 gauge, Serial No. V26830E;
13. Marlin rifle, model 1894, .44 magnum caliber, Serial No. 24141498;
14. Imbel rifle, model SA58, 7.62mm caliber, Serial No. 104939;
15. Springfield Armory rifle, model M-1, .30 caliber, Serial No. 2819782;
16. Winchester rifle, model 63, .22 caliber, Serial No. 141159A; and
17. Any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of EDWARD ANTHONY GALE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Greg Addington
>   Assistant United States Attorney
>   100 West Liberty Street, Suite 600
>   Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE