UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD ANTHONY GALE, )<br>)<br>Defendant. ) | 3:12-CR-056-LRH-(VPC) |

**FINAL ORDER OF FORFEITURE**

On July 30, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant EDWARD ANTHONY GALE to the criminal offenses, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant EDWARD ANTHONY GALE pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Memorandum, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 2, 2012, through August 31, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:
11      1.  Para-Ordnance pistol, model 18.9 LDA, 9mm caliber, Serial No. DS3282;
12      2.  Para-Ordnance pistol, model 18.9 LDA, 9mm caliber, Serial No. TJ8138;
13      3.  Colt pistol, model 1911, .45 caliber, Serial No. CJMBC0973;
14      4.  Colt pistol, model 1911, .355 caliber, Serial No. 70G99023;
15      5.  Para-Ordnance pistol, model P14, .45 caliber, Serial No. QH7065;
16      6.  Springfield Armory pistol, model 1911A1, .45 caliber, Serial No. N397112;
17      7.  Colt revolver, model Anaconda, .44 magnum caliber, Serial No. MM34375;
18      8.  Smith and Wesson revolver, model 25, .45 caliber, Serial No. N60709;
19      9.  Colt rifle, model Match Target HBAR, .223 caliber, Serial No. CMH013228;
20      10. Robinson Armament rifle, model M96, .223 caliber, Serial No. HP99001535;
21      11. Armalite rifle, model AR10, .308 caliber, Serial No. US565854;
22      12. Beretta USA shotgun, model AL390, 12 gauge, Serial No. V26830E;
23      13. Marlin rifle, model 1894, .44 magnum caliber, Serial No. 24141498;
24      14. Imbel rifle, model SA58, 7.62mm caliber, Serial No. 104939;
25      15. Springfield Armory rifle, model M-1, .30 caliber, Serial No. 2819782;
26      16. Winchester rifle, model 63, .22 caliber, Serial No. 141159A; and

17. Any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 27th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE